ELECTRONICALLY FILED
3/23/2017 1:36 PM
75-CV-2017-900081.00
CIRCUIT COURT OF
ST. CLAIR COUNTY, ALABAMA
ANNETTE MANNING, CLERK

FILED
2017 Apr-26 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ALABAMA**

**PAUL JULIANO and CARRIE JULIANO,** )
)
**Plaintiffs,** )
)
**v.** ) **CASE NO.: ____________________**
)
)

**JACKIE REMBERT EDWARDS; STERICYCLE, INC.; and Fictitious Party Defendants, No. 1, whether singular or plural, Plaintiff hereby intending to designate the driver of any motor vehicle whose negligence or wantonness proximately caused the Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 2, whether singular or plural that individual or entity who or which owned and negligently and/or wantonly entrusted a motor vehicle to any driver whose negligence or wantonness proximately caused the Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 3, whether singular or plural, that individual or entity who or which negligently and/or wantonly provided maintenance, repair, alteration and upkeep on any motor vehicle or equipment involved in the accident made the basis of Plaintiff's complaint or that individual or entity, who or which was responsible for the defective condition of any vehicle involved in the accident made the basis of Plaintiff's complaint; No. 4, whether singular or plural, that individual or entity who or which negligently and/or wantonly hired, trained or supervised the driver of any motor vehicle whose negligence or wantonness proximately caused the Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 5, whether singular or plural, that individual or entity who or which was the master, principal or employer of the driver of any motor vehicle or that individual or entity for whom the driver of any motor vehicle was performing any type of service or duty whose negligence or wantonness proximately caused the Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 6, whether singular or plural, that individual or entity whose breach of contract or warranty, negligence, wantonness and/or other wrongful conduct contributed to cause the accident made the basis of Plaintiff's complaint; No. 7, whether singular or plural, that individual or entity who or which provided any insurance coverage, of whatever kind or character, to the Plaintiff as an insured or beneficiary and/or to any of the named or Fictitious Party Defendants; No. 8, whether singular or plural, that individual or entity which is the successor in interest of any of the named or Fictitious Party Defendants; Plaintiff avers that the identities of the Fictitious Party Defendants are otherwise unknown to the Plaintiff at this time or if their names are known, their identities as proper Party Defendants are not known to Plaintiff at this time, but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained,**

)
**Defendants.** )

EXHIBIT A

# COMPLAINT

1. Plaintiff, PAUL JULIANO, is a resident of Jefferson County, Alabama and is over the age of 19 years.

2. Plaintiff, CARRIE JULIANO, is a resident of Jefferson County, Alabama and is over the age of 19 years.

3. Defendant, JACKIE REMBERT EDWARDS, is, on information and belief, a resident of Aragon, Georgia and is over the age of 19 years.

4. Defendant, STERICYCLE, INC., is a foreign corporation doing business by agent in the State of Alabama.

5. The fictitious defendants No. 1 through No. 8, described in the caption and incorporated herein by reference, are otherwise unknown to the plaintiffs at this time or if their names are known to the plaintiffs at this time, their identity as proper party defendants are not known to the plaintiffs at this time, but whose true and correct names will be substituted by amendment when the aforesaid lacking information is ascertained.

6. On or about the times alleged and at some time prior thereto, the above described fictitious defendants proximately caused or contributed to the plaintiffs' damages hereinafter described, either through negligent or wanton conduct, breach of contract or the application of other theories of liability available to the plaintiffs.

7. Furthermore, on or about April 1, 2016, PAUL JULIANO was driving a car eastbound, in the outside lane of Interstate Highway 20 in St. Clair County, Alabama with his wife, CARRIE JULIANO, riding in the front passenger seat of the car. At the same time, Defendant, JACKIE REMBERT EDWARDS, was driving a tractor-trailer for his employer, STERICYCLE, INC., eastbound, in the middle lane of I-20. Without warning, Defendant EDWARDS began to

change lanes to the right by intentionally moving his tractor-trailer into the outside lane, which caused a collision with the Plaintiffs' car.

8. PAUL JULIANO and CARRIE JULIANO sustained personal injuries and damages as a proximate consequence of the negligence or wantonness of JACKIE REMBERT EDWARDS.

9. At the time of the motor vehicle collision, JACKIE REMBERT EDWARDS was employed by and on duty for STERICYCLE, INC., the owner of the tractor-trailer

## COUNT I
**(Negligence/Recklessness/Wantonness)**

10. Plaintiffs adopt and incorporate herein by reference all the foregoing language of this Complaint as if set out in full.

11. On April 1, 2016, in St. Clair County, Alabama, the Defendants, JACKIE REMBERT EDWARDS and STERICYCLE, INC., and/or Fictitious Defendants Nos. 1 through 8, negligently, recklessly and/or wantonly operated a tractor-trailer and caused a collision with the car in which the Plaintiffs were riding.  In particular, the Defendants failed to keep a proper lookout, failed to yield the right of way, failed to drive at a safe speed, failed to keep their vehicle under control and within their lane of travel, and improperly changed lanes and collided with the Plaintiffs' car.  As a result of these acts or omissions, and as a proximate result of the negligence, recklessness and/or wantonness of said Defendants, the Plaintiffs were caused to suffer injuries and damages.

12. The aforesaid negligent, reckless and/or wanton conduct of the Defendants, both named and fictitious, combined and concurred, and as a proximate consequence thereof, PAUL JULIANO suffered the following injuries and damages:

    a.    Bodily injuries and the exacerbation or acceleration of pre-existing conditions.
    b.    Medical expenses for the treatment of his injuries and pain.
    c.    Physical pain and discomfort.
    d.    Permanent injuries and impairment.
    e.    Loss of enjoyment of life.
    f.    Property damage.
    g.    Mental anguish and emotional distress.

13.    The aforesaid negligent, reckless and/or wanton conduct of the Defendants, both named and fictitious, combined and concurred, and as a proximate consequence thereof, CARRIE JULIANO suffered the following such injuries and damages:

    a.    Personal injuries.
    b.    Pain and suffering.
    c.    Loss of enjoyment of life.
    d.    Mental anguish and emotional distress.

14.    Defendant, STERICYCLE, INC, is liable to the Plaintiffs for the acts or omissions of JACKIE REMBERT EDWARDS under theories of agency, respondeat superior or vicarious liability.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs demand judgment against the Defendants, both named and fictitiously described, for a reasonable sum of money based upon the facts and circumstances of this particular matter for compensatory and punitive damages, plus costs and interest, and such other and further relief to which they may be entitled.

## COUNT II
**(Fictitious Parties)**

15.    All foregoing Counts and causes of action stated herein or contained in any subsequent amendment are hereby adopted and alleged against any fictitious party described in the caption and style of this or any Amended Complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs asks the jury to render their verdict against the Defendants in an amount which will adequately compensate the Plaintiffs for their injuries and losses and punish the wrongdoers to an extent that will prevent future, similar wrongs, plus interest and costs.

s/ Jason A. Shamblin
**JASON A. SHAMBLIN (SHA054)**
Attorney for the Plaintiff

**OF COUNSEL**:
Shunnarah Injury Lawyers, P.C.
2900 1st Avenue South
Birmingham, Alabama 35233
P: (205) 983-8164
F: (205) 983-8464
E: jshamblin@asilpc.com

**PLAINTIFFS HEREBY DEMAND A TRIAL BY JURY**

s/ Jason A. Shamblin
**JASON A. SHAMBLIN (SHA054)**
Attorney for Plaintiff

**PLAINTIFFS' ADDRESS**

Paul and Carrie Juliano
c/o Shunnarah Injury Lawyers, P.C.
2900 1st Avenue South
Birmingham, Alabama 35233

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL**

JACKIE REMBERT EDWARDS
54 Bon Loop Rd.
Aragon, GA 30104

STERICYCLE, INC.
C/O: CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104



7015 3010 0000 2799 2042

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7015 3010 0000 2799 2042

7015 3010 0000 2799 2042

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (*check box, add fee as appropriate*)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$ 11.72

Postmark Here

3/24/17

Sent To
Jackie Rembert Edwards

Street and Apt. No., or PO Box No.
54 Bau Loop Road

City, State, ZIP+4®
Bremen GA 30104

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7015 3010 0000 2799 2035

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# CERTIFIED MAIL®

7015 3010 0000 2799 2035

7015 3010 0000 2799 2035

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ ____
- ☐ Return Receipt (electronic) $ ____
- ☐ Certified Mail Restricted Delivery $ ____
- ☐ Adult Signature Required $ ____
- ☐ Adult Signature Restricted Delivery $ ____

Postage
$

Total Postage and Fees
$ 6.77

Postmark Here
3/24/17

*Sent To* Stericycle

*Street and Apt. No., or PO Box No.* 2 N Jackson St STE 605

*City, State, ZIP+4®* Montgomery AL 36104

PS Form 3800 April 2015 FSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jackie [illegible]embert Edwards
54 [illegible]on Loop Road
Aragon GA 30104

7015 3010 0000 2799 2042

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Jackie Edwards ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Jackie Edwards

C. Date of Delivery 3/28/17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CDL 054178444
DOB 11/10/1962
CV 17-900081

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ [illegible] Mail®
- [illegible] Mail Restricted Delivery
- [illegible]n Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt



USPS TRACKING #
9590 9402 2060 6132 4689 27
United States
Postal Service
FILED
SOUTHERN DIVISION
MAR 30 2017
First-Class Mail
Postage & Fees Paid
USPS
PELL CITY
Permit No. G-10
• Sender: Please print your name, address, and ZIP+4® in this box•
ST. CLAIR
CLERK &
Circuit Court
St. Clair Co Courthouse
1815 Cogswell Avenue Ste 217
Pell City, AL 35125

DOCUMENT 9

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stericycle Inc
c/o CT Corporation System
2 N Jackson St STE 605
Montgomery Al 36104

7015 3010 0000 2799 2035

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Laura Payne ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
3-27-17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CV 17-900081 SRW

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #
9590 9402 2060 6132 4689 34
United States
Postal Service
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
• Sender: Please print your name, address, and ZIP+4® in this box•
Circuit Court
St. Clair Co Courthouse
1815 Cogswell Avenue
Pell City, AL 35125
FILED
SOUTHERN DIVISION-PELL CITY
MAR 30 2017
ST. CLAIR COUNTY

